# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL A. NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-030-NT |
| ) | |
| UNIVERSITY OF MAINE-ORONO ) | |
| PHYSICS DEPARTMENT, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On March 20, 2020, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 6). On May 1, 2020, the Plaintiff filed an objection to the Recommended Decision (ECF No. 8). On May 15, 2020, the Defendant filed a Response to the Plaintiff's Objection. (ECF No. 10). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED,** the Plaintiff's motion to proceed in forma pauperis is

**GRANTED**, and the Plaintiff's complaint be **DISMISSED**.

      SO ORDERED.

                                            /s/ Nancy Torresen
                                            United States District Judge

Dated this 19th day of May, 2020.